# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156500(39)(40)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BRANDON LEWIS CAIN,
        Defendant-Appellant.

SC: 156500
COA: 337966
Wayne CC: 12-005176-FC

_____/

      On order of the Chief Justice, the motions of defendant-appellant for immediate consideration and for a 30-day extension to file a conforming application are GRANTED. The conforming application will be accepted for filing if submitted on or before November 27, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2017



Clerk